```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 00966
   DONNELL THOMPSON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-2065


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/17/2008 and was not confirmed.

     The case was dismissed without confirmation 06/05/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                          PAID        PAID
------------------------------------------------------------------------------
MARC G WAGMAN              NOTICE ONLY     NOT FILED          .00          .00
OCWEN FEDERAL BANK         CURRENT MORTG        .00           .00          .00
OCWEN FEDERAL BANK         MORTGAGE ARRE        .00           .00          .00
AFNI INC                   UNSECURED       NOT FILED          .00          .00
CREDIT MANAGEMENT INC      UNSECURED       NOT FILED          .00          .00
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED          .00          .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         1129.72          .00          .00
PRO SE DEBTOR              DEBTOR ATTY          .00                        .00
TOM VAUGHN                 TRUSTEE                                         .00
DEBTOR REFUND              REFUND                                          .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                           ---------------    ---------------
TOTALS                          .00                   .00




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 00966 DONNELL THOMPSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/25/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE